PROB 12
(Rev. 10/93)

# United States District Court

for the

**Eastern District of Pennsylvania**

August 24, 2026

U.S.A. vs. Raphael Roane Case No.: 2:03CR00017-001

## VIOLATION OF SUPERVISED RELEASE

COMES NOW Avery T. Barnes U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Raphael Roane who was placed on supervised release by the Honorable Michael M. Baylson sitting in the Court at Philadelphia, PA, on the 21st day of October 2003 who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

| | |
|---|---|
| ORIGINAL OFFENSE: | Interference with interstate commerce by robbery (Count One); and use of a firearm during a crime of violence (Count Two). |
| ORIGINAL SENTENCE: | The defendant was committed to the custody of the U.S. Bureau of Prisons for a total term of 220 months, followed by a three-year term of supervised release on Count One and a five-year term on Count Two. A $200.00 special assessment was also imposed. |
| SPECIAL CONDITIONS: | The defendant is ordered to pay restitution in the total amount of $19,875.00 to be paid in monthly installments of $10.00 |
| MODIFICATION OF CONDITIONS: | On June 5, 2023, the Court approved an unopposed modification petition to modify the conditions of supervised release to include that; 1) the defendant shall refrain from the illegal possession and/or use of drugs and shall abstain from the excessive use of alcohol. He shall further submit to urinalysis or other forms of testing to ensure compliance. The defendant shall participate in a drug/alcohol treatment program for evaluation and/or treatment and abide by the rules of any such program until satisfactorily discharged, if recommended by the United States Probation Office; 2) The defendant shall provide the U.S. Probation office with full financial disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation |

of his financial dealings and shall provide truthful monthly statements of his income upon request; and 3) The defendant is prohibited from incurring any new credit charges or opening any additional lines of credit without the approval of the U.S. Probation Officer unless the defendant is in compliance with a payment schedule for any fine or restitution obligation. The defendant shall not encumber or liquidate any assets unless it is direct service of the fine or restitution obligation or otherwise has the express approval of the Court.

MODIFICATION OF CONDITIONS: On January 30, 2026, the Court approved an unopposed modification petition to modify the conditions of supervised release to include that the defendant shall participate in a mental health program for evaluation and/or treatment and abide by the rules of any such program until satisfactorily discharged.

DATE SUPERVISION COMMENCED: July 3, 2023

DATE SUPERVISION TERMINATES: July 2, 2028

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of their supervision under such circumstances as may warrant revocation. This condition is:

A. Mandatory Condition: The defendant shall not commit another federal ,state, or local crime.

On or about August 23, 2026, Mr. Roane was arrested by the Philadelphia Police Department and charged with Strangulation-Applying Pressure to the Throat or Neck, Simple Assault, and Recklessly Endangering Another Person under criminal docket number MC-51-CR-0016329-2026. A preliminary arraignment was held in Philadelphia Municipal Court on August 24, 2026, where bail was set at 10% of $30,000.00. Future court dates have not been scheduled as of this writing.

**GRADE OF VIOLATION** **A**

B. Mandatory Condition: The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

On June 25, 2026, the U.S. Probation Office conducted a search of Mr. Roane's residence. In the course of the search, officers inspected Mr. Roane's personal cell phone. Contained in the phone were multiple photos and videos depicting

firearms. In one photo contained on his phone dated February 22, 2026 at 1:04 a.m., Mr. Roane is sitting on a bed and with an object that appeared to be a handgun positioned within his arm's reach.

When asked by the probation officer about the photo of him sitting on his bed with what appeared to be a firearm within arm's reach, Mr. Roane stated that the firearm is real, and it is legally owned by an uncle who was living with him for a period of time.

Previously, on September 4, 2025, Mr. Roane contacted his previously-assigned U.S. Probation Officer Keith Morris and related that he was involved in an incident involving a firearm. Mr. Roane stated that he and his wife had been involved in an argument. In the course of the argument, his wife discharged her legally permitted firearm. No one was injured when the gun went off. This argument took place in the apartment that Mr. Roane shared with his wife. At no time did he or his wife disclose to the U.S. Probation Officer that he was living in a residence where there was a firearm present. No police were involved in this incident. Mr. Roane disclosed this to the probation officer for fear that his wife might make allegations about his role in the incident. He acknowledged in that September 4, 2025, discussion that he knew she had a firearm in their residence, and he did not disclose this to the probation officer.

**GRADE OF VIOLATION** **B**

**RE: Roane, Raphael**
**Case No.:** 2:03CR00017-001

**PRAYING THAT THE COURT WILL ORDER...**

**THE ISSUANCE OF A WARRANT DIRECTING THAT THE NAMED SUPERVISED RELEASEE BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

Robert E Scales III

Digitally signed by Robert E Scales III
Date: 2026.08.24 13:51:54 -04'00'

Robert Scales III
Supervisory U.S. Probation Officer

Place: Philadelphia, PA
Date: August 24, 2026

ATB

cc: Assistant U.S. Attorney
Defense Attorney
U.S. Marshal-Warrant Unit

ORDER OF THE COURT
Considered and ordered this 24th day of August, 20 26 and ordered filed and made part of the records in the above case.

/s/ Michael M. Baylson

U.S. District Court Judge

**INFORMATION SHEET FOR REVOCATION OF SUPERVISION**

| | | |
|---|---|---|
| United States of America | ) | Case No.: 2:03CR00017-001 |
| vs. | ) | |
| Raphael Roane | ) | |

| | |
|---|---|
| Defendant's last known Address and Telephone Number: | 2617 North 11th Street, Third Floor, Philadelphia, PA 19133<br>267-454-8806 |
| Defendant is in custody at: | N/A |
| Defendant's last known Counsel Address and Telephone Number: | Samantha K. Drake<br>601 Walnut Street, Suite 540 West, Philadelphia PA 19106<br>215-928-1100 |
| Assistant U.S. Attorney Address and Telephone Number: | Robert A. Zauzmer<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106<br>215-861-8568 |

Robert E Scales III
Digitally signed by Robert E Scales III
Date: 2026.08.24 13:52:23 -04'00'

For: Avery Barnes
U.S. Probation Officer

Telephone No. 267-299-4508